BENJAMIN M. JOHNSON, CA STATE BAR NO. 294756
TONY INFANTE, CA STATE BAR NO. 356661
BERLINER COHEN, LLP
1601 I STREET, FIFTH FLOOR
MODESTO, CALIFORNIA 95354-1128
TELEPHONE: (209) 576-0111
FACSIMILE: (209) 576-1076
benjamin.johnson@berliner.com
tony.infante@berliner.com

ATTORNEYS FOR PLAINTIFF ZAPIEN ELECTRIC, INC.,
A CALIFORNIA CORPORATION

DAVID C. JOHNSTON, CA STATE BAR NO. 71367
ATTORNEY AT LAW
1600 G STREET, SUITE 102
MODESTO, CALIFORNIA 95354
TELEPHONE: (209) 579-1150
FAX: (209) 900-9199

ATTORNEYS FOR DEFENDANTS
ZAPIEN MECHANICAL, FABRICATION & ELECTRICAL, INC.,
A CALIFORNIA CORPORATION, ELISEO ZAPIEN, AN INDIVIDUAL,
AND JODI ZAPIEN, AN INDIVIDUAL

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ZAPIEN ELECTRIC, INC., a California Corporation,<br><br>Plaintiff,<br><br>v.<br><br>ZAPIEN MECHANICAL, FABRICATION & ELECTRICAL, a California corporation, ELISEO ZAPIEN, an individual, JODI ZAPIEN, an individual, and DOES 1-100, inclusive,<br><br>Defendant. | CASE NO. 2:25-cv-02018-AC<br><br>**[~~PROPOSED~~] ORDER OF DISMISSAL OF ACTION AND CONFIRMING RETENTION OF JURISDICTION** |

On September 14, 2026, the Parties filed a Joint Stipulation for Dismissal and Request for Entry of Order Confirming Retention of Jurisdiction pursuant to Rule 41(a)(1)(A)(ii) of the Federal

Rules of Civil Procedure. In light of the foregoing, and good cause appearing, **IT IS HEREBY ORDERED**:

1. Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the above-captioned Action is DISMISSED in its entirety as to all claims and causes of action asserted therein, with each Party to bear their own attorneys' fees and costs.

2. The Court's August 13, 2026 Order/minutes following the settlement conference, which provides that "[t]he Court retains jurisdiction to enforce the terms of the settlement," remains in full force and effect.

3. The Court expressly retains jurisdiction over the Parties and the Parties' Settlement Agreement and Mutual Release of All Claims (the "Settlement Agreement") for purposes of enforcing, interpreting, implementing, and resolving any dispute concerning the Settlement Agreement, including any alleged breach thereof.

4. The Court shall retain such jurisdiction until all obligations under the Settlement Agreement have been fully performed.

5. The Clerk of Court is directed to CLOSE this case, subject to the Court's retained jurisdiction as set forth above.

**IT IS SO ORDERED.**

DATED: SEPTEMBER 14, 2026

Allison Claire
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE